Michael Page                                    1    6628373 - Lisa Faro
Docket Number: 1:16CR484-24

## REQUEST FOR COURT ACTIONS / DIRECTION

TO:    Jim Molinelli          OFFENSE: Racketeering Conspiracy, in Violation
        Miscellaneous Clerk    of 18 U.S.C. 1962(d), a Class C Felony

FROM:  Lisa Faro            ORIGINAL SENTENCE: Forty-Six (46) Months
        U.S. Probation Officer   Imprisonment; Three (3) Years Supervised Release
        Specialist

SPECIAL CONDITIONS:
    (1) Education requirements.
    (2) Mental health / life skills counseling.
    (3) Substance abuse treatment/ treatment.

$100.00 Assessment

RE:    Michael Page         AUSA: To Be Assigned
        Docket # 1:16CR484-24  Defense Counsel: To Be Assigned

MED: May 15, 2023

DATE OF SENTENCE: October 19, 2017

DATE: June 24, 2020

ATTACHMENTS:  ☐ PSI        ☒ JUDGMENT    ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

## REQUEST FOR MODIFICATION OF CONDITIONS AND TRANSFER OF JURISDICTION

On October 19, 2017, Mr. Page appeared for sentencing in the District of Maryland before the Honorable James K. Bredar, Chief United States District Judge after pleading guilty to Racketeering Conspiracy, 18 USC 196(d), a Class C Felony. Mr. Page was sentenced to twenty-four (24) months' imprisonment followed by five (5) years' supervised release.

Mr. Page was released from the custody of the Bureau of Prisons on May 11, 2020 and commenced supervision in the Southern District of New York based upon his location of residence in New York, NY.

Mr. Paige reported that he has no intention of returning to the District of Maryland. On June 22, 2020, we received a letter from the District of Maryland, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Page's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Michael Page                                              2                                    5628373 – Lisa Faro
Docket Number: 1:16CR484-24

In addition, due to Mr. Page's current conviction and his prior criminal history which includes a search of his home where drugs and a loaded magazine clip of ammunition were found, we are requesting a modification to Mr. Page's conditions to include a search provision, specifically:

**You shall submit your person, and any property, residence, vehicle, papers, computer, other electronic communication, data storage devices, cloud storage or media, and effects to a search by any United States Probation Officer, and if needed, with the assistance of any law enforcement. The search is to be conducted when there is reasonable suspicion concerning violation of a condition of supervision or unlawful conduct by the person being supervised. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search shall be conducted at a reasonable time and in a reasonable manner.**

On June 3, 2020, Mr. Page voluntarily agreed to modify his terms of supervised release as evidenced by the signed attached Waiver of Hearing to Modify Conditions (Prob 49).

Enclosed is the original form of the Transfer of Jurisdiction Probation Form 22, as well as the Waiver of Hearing to Modify Conditions (Prob 49). Upon completion, please return both forms so they can be processed by our office, and we will also notify the District of Maryland of the Court's decision.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                                                                              Respectfully submitted,
                                                                                               Michael Fitzpatrick
                                                                                               Chief U.S. Probation Officer

                                                            by   *Lisa Faro*

                                                                                               Lisa Faro
                                                                                               U.S. Probation Officer Specialist
                                                                                               212-805-5170

Approved By:

*Erin Weinrauch*                June 24, 2020
Erin Weinrauch                 Date
Supervisory U.S. Probation Officer



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

SD/NY P# 5628373

**TO:**   Jim Molinelli
          Miscellaneous Clerk

**FROM:** Lisa Faro
          U.S. Probation Officer Specialist

                                Re: Michael Page
                                Dkt No.: 1:16CR484-24

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response to this office so that we may take appropriate action.

                                Respectfully submitted,

                                Michael J. Fitzpatrick
                                Chief U.S. Probation Officer

                      By:  *Lisa Faro*
                           Lisa Faro
                           U.S. Probation Officer Specialist
                           212-805-5170

Approved By:
*Erin Weinrauch*
Erin Weinrauch
Supervising U.S. Probation Officer
212-805-5055

DATE: June 24, 2020

NY 201(d)
Rev.02/12